# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        **PLAINTIFF,**

**vs.**

**MARK BERG,**
        **DEFENDANT.**

CASE NO. 18-40004-DDC

**Filed Under Seal**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about December 9, 2017, in the District of Kansas, the defendant,

**MARK BERG,**

knowingly and intentionally possessed with the intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

January 10, 2018         *s/Foreperson*
DATE        FOREPERSON OF THE GRAND JURY

  Skipper Jacobs #26848
for Thomas E. Beall, #19929
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Thomas.beall@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]